NCP Law PLLC
3200 N. Central Ave.
Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010

Andrea S. Tazioli (# 026621)
andrea@ncplawyers.com

*Attorneys for Defendant Adam Mutwol*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff,<br><br>        v.<br><br>Adam Mutwol,<br><br>                              Defendant. | Case No. CR-24-01097-PHX-SPL (ESW)<br><br>**NOTICE OF APPEARANCE** |

Andrea S. Tazioli of the law firm of NCP Law, PLLC hereby enters her appearance in this case on behalf of Defendant Adam Mutwol ("Mr. Mutwol"). All future correspondence, court documents and discovery in reference to this case will be accepted at the following address:

Andrea S. Tazioli
NCP LAW, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, AZ 85012
Telephone: (602) 428-3010
andrea@ncplawyers.com

#79880.1

RESPECTFULLY SUBMITTED this 27th day of June 2024.

NCP Law, PLLC
3200 N. Central Avenue, Suite 2550
Phoenix, Arizona 85012

By: _____
Andrea S. Tazioli (#026621)

*Attorneys for Defendant Adam Mutwol*

#79880.1

1

2

**CERTIFICATE OF SERVICE**

3

  I certify that on the 27th day of June 2024, I electronically transmitted the foregoing

4

document to the Office of the Clerk of the Court, using the CM/EFC System, for filing and

5

for transmittal of a Notice of Electronic Filing to the following CM/EFC registrant:

6
       Matthew Williams
       Assistant U.S. Attorney

7
       United States Attorney's Office
       Two Renaissance Square

8
       40 N. Central Avenue, Suite 1800
       Phoenix, AZ  85004

9
       Email:  Matthew.Williams3@usdoj.gov

10
       James V. Hayes, Assistant Chief
       S. Babu Kaza, Trial Attorney

11
       United States Department of Justice
       1400 New York Avenue NW

12
       Washington, D.C.  20005
       Email: James.Hayes@usdoj.gov

13
          Sridhar.Babu.Kaza@usdoj.gov

14

15
/s/ Andrea S. Tazioli

16

17

18

19

20

21

22

23

24

25

26

27

28

#79880.1